JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NIETO AVALOS,<br><br>     Plaintiff,<br><br>  v.<br><br>OFFICER S. CARLSON, et al.,<br><br>     Defendants. | Case No. 2:22-cv-01859-FLA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated: August 16, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge